**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID R. MIKLOS | Case No. 22-22306CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>COUNTY OF ALLEGHENY (RE TAX)* | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| COUNTY OF ALLEGHENY (RE TAX)*<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Court claim# 13/Trustee CID# 24 |

The Movant further certifies that on 12/19/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S):<br>DAVID R. MIKLOS, 6 BECKMAN STREET, CHESWICK, PA  15024-1012 | DEBTOR'S COUNSEL:<br>BRYAN P KEENAN ESQ, BRYAN P KEENAN & ASSOC PC, 993 GREENTREE RD STE 200 PITTSBURGH, PA  15220 |
|---|---|
| ORIGINAL CREDITOR:<br>COUNTY OF ALLEGHENY (RE TAX)*, C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA  15102<br><br>NEW CREDITOR: | :<br>JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219 |