**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAVID R. MIKLOS | Case No. 22-22306CMB |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| COUNTY OF ALLEGHENY (RE TAX)* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

COUNTY OF ALLEGHENY (RE TAX)*  
C/O JORDAN TAX SVC-CUR/DLNQ CLCTR  
POB 200  
BETHEL PARK, PA 15102

Court claim# 13/Trustee CID# 23

The Movant further certifies that on 01/03/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

---

DEBTOR(S):
DAVID R. MIKLOS, 6 BECKMAN STREET, CHESWICK, PA  15024-1012

DEBTOR'S COUNSEL:
BRYAN P KEENAN ESQ, BRYAN P KEENAN & ASSOC PC, 993 GREENTREE RD STE 200 PITTSBURGH, PA  15220

ORIGINAL CREDITOR:
COUNTY OF ALLEGHENY (RE TAX)*, C/O JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA  15102

:
JEFFREY R HUNT ESQ, GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219

NEW CREDITOR: