**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-22306-CMB** |
| **David R. Miklos** | ) | **Chapter  13** |
|    **Debtor** | ) | **Doc No.** |
|  **David R. Miklos** | ) | |
| | ) | |
|     **Movant** | ) | **Related to Doc. No.** |
| **v** | ) | |
| **Ronda J. Winnecour, Trustee** | ) | |
|    **Respondent** | ) | |

**CERTIFICATE OF SERVICE OF**
**ORDER APPROVE POST PETITION VEHICLE FINANCING**
**WITH THE CHAPTER 13 TRUSTEE CONSENT**

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on  **May 4, 2026**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

Date: **May 4, 2026**                              **/s/Bryan P. Keenan**
                                                  Bryan  P. Keenan, PA ID No. 89053
                                                  Bryan  P. Keenan  & Associates P.C.
                                                  Attorney for Debtor
                                                  993 Greentree Road, Suite 101
                                                  Pittsburgh, PA 15220
                                                  (412) 922-5116
                                                  keenan662@gmail.com

**Office of the U.S. Trustee**
1001 Liberty Avenue
Liberty Center, Ste. 970
Pittsburgh, PA 15222