## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-22306-CMB |
| David R. Miklos | ) | Chapter 13 |
| Debtor | ) | Doc No. 65 |
| David R. Miklos | ) | |
| Movant | ) | |
| v | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent | ) | |

### ORDER APPROVING CONSENT MOTION TO SECURE
### POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon the MOTION OF THE DEBTOR FOR

POSTPETITION FINANCING Dkt. No. __65__ ("Motion") filed by Debtors. Based upon the

foregoing, and for good cause shown, it is hereby **ORDERED, ADJUDGED,** and **DECREED**

that:

1.       The *Motion* [Dkt. No.__65__] is **GRANTED** as provided by the

terms of this *Order*. Debtors are authorized to obtain secured financing for the purchase of a

replacement vehicle on the following terms:

(a)       the total amount of financing **shall not exceed [$25,000.00]**;

and

(b)      the monthly payments made under the financing agreement **shall not exceed [$500.00]**.

2.     To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

(a)      an amended chapter 13 plan; and

(b)      a report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE]

3.     To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4.     Upon the filing of the report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE], the chapter 13 trustee is authorized to cease making payments to [Wells Fargo Dealer Services] on account of [xxxxxx1977]. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments to [POSTPETITION AUTOMOBILE LENDER] for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5.     Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the [POSTPETITION AUTOMOBILE LENDER].

6.     Debtors shall serve copies of this *Order* on all creditors eligible to receive

distributions through the chapter 13 plan and file proof of the same with the Court.

SO ORDERED, this 4th day of _____May_____, 2026.

Honorable Carlota M. Bohm
United States Bankruptcy Judge

FILED
5/4/26 9:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                          Stipulated by:

/s/ Bryan P. Keenan                     /s/ Kate Desimone
Bryan P. Keenan                         Kate Desimone
Counsel to Debtor                       Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-22306-CMB

David R. Miklos | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

**Recip ID**     **Recipient Name and Address**
db               David R. Miklos, 6 Beckman Street, Cheswick, PA 15024-1012

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor David R. Miklos keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Harmar Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                           User: auto                                      Page 2 of 2
Date Rcvd: May 04, 2026                        Form ID: pdf900                                 Total Noticed: 1
TOTAL: 8