**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-22306-CMB |
| **David R. Miklos** | ) | Chapter  13 |
| Debtor | ) | Doc No. |
| **David R. Miklos** | ) | |
| Movant | ) | |
| v | ) | |
| **Ronda J. Winnecour, Trustee** | ) | |
| Respondent | ) | |

**AMENDED REPORT TO THE COURT RE**
**ORDER APPROVING MOTION**
**TO VERIFY THAT THE DEBTOR SECURED A VEHICLE LOAN**

NOW COMES the Debtor, **David R. Miklos**, by and through their attorneys, Bryan P. Keenan & Associates P.C. and Bryan P. Keenan, Esquire and files the within REPORT TO THE COURT and in support thereof avers the following:

1.      The debtors elected to purchase a 2020 Toyota Rav R, and financed it in the amount of $22,025.44 through Clearview Federal Credit Union.

2.      The debtors monthly payment for the 2020 Toyota Rav R is $454.00

3.      Annexed hereto as Exhibit A is a true and correct copy of the loan fiance term summary.

4.      An amended plan shall be filed to add the new creditor Clearview Federal Credit Union.

        **WHEREFORE**, the Debtor, **David R. Miklos**      so reports.

Dated: June 4, 2026                   /s/ Bryan P. Keenan
                                      Bryan P. Keenan, Esquire, PA ID No. 89053
                                      Bryan P. Keenan & Associates, P.C.
                                      Attorney for Debtors
                                      993 Greentree Road, Suite 201
                                      Pittsburgh, PA 15220
                                      (412) 922-5116
                                      keenan662@gmail.com