**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **David R. Miklos** | ) | **Case No. 22-22306-CMB** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | |
| _____X | | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑        a motion to dismiss case or certificate of default requesting dismissal

☒        a plan modification sought by:   **The Debtor to provide for Postpetition financing.**

❑        a motion to lift stay
         as to creditor        _____

❑        Other:                _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated  **November 21, 2022**
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒        Debtor(s) Plan payments shall be changed from **$1,520.00** to **$2,002.00** per month. effective **June 2026** and/or the Plan term shall be changed from months to ____ months.                                        .

-1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: **Effective June 2026 the plan shall provide for this Long Term debt in accordance with the Order approving the post petition vehicle financing entered at Document Number 65 approving the post petition financing as follows:**

| Name of Creditor | Collateral | Current installment payment (including escrow) | Start date (MM/YYYY) |
|---|---|---|---|
| **Clearview Federal Credit Union** **Xxxxxx3237** | **2020 Toyota Rav 4** | **$454.00** | **6/2026** |

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this 8th  day of _____June_____, 2026.

SIGNED
6/8/26 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

Stipulated by:                                      Stipulated by:

/s/ Bryan P. Keenan
Bryan P. Keenan
Counsel to Debtor                                  Counsel to Chapter 13 Trustee

/s/ Dennis Sloan

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22306-CMB |
| David R. Miklos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 08, 2026 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David R. Miklos, 6 Beckman Street, Cheswick, PA 15024-1012 |
| 15548241 | | Freedom Mortgage, PO Box 50485, Cleveland, IN 46520-0485 |
| 15561866 | + | Harmar Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 09 2026 00:55:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2026 01:03:17 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2026 01:03:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 09 2026 00:55:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15558787 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2026 01:03:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15548234 | + | Email/PDF: bncnotices@becket-lee.com | Jun 09 2026 01:03:08 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15548235 | ^ | MEBN | Jun 09 2026 00:50:41 | Apothaker & Scian P.C., 520 Fellowship Road, Ste C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15548236 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 09 2026 00:55:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15548237 | + | Email/Text: bankruptcy@cavps.com | Jun 09 2026 00:56:00 | Cavalry SPV I LLC, 1 American Lane Suite 220, Greenwich, CT 06831-2563 |
| 15553172 | + | Email/Text: bankruptcy@cavps.com | Jun 09 2026 00:56:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 15548238 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 09 2026 01:03:07 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15548239 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 09 2026 01:03:14 | Chase Card Services/Amazon, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15561865 | + | Email/Text: ebnjts@grblaw.com | Jun 09 2026 00:55:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15548240 | + | Email/Text: mrdiscen@discover.com | Jun 09 2026 00:55:00 | Discover Bank, c/o Roger c. Hochschild, CEO, |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jun 08, 2026 | Form ID: pdf900 | Total Noticed: 34

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 502 E. Market Street, Greenwood, DE 19950-9700 |
| 15550288 | | Email/Text: mrdiscen@discover.com | Jun 09 2026 00:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15563266 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 09 2026 00:55:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15557104 | + | Email/Text: RASEBN@raslg.com | Jun 09 2026 00:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15550359 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 01:03:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15548242 | + | Email/Text: Documentfiling@lciinc.com | Jun 09 2026 00:55:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15564830 | + | Email/Text: Documentfiling@lciinc.com | Jun 09 2026 00:55:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15554221 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2026 00:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15569210 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2026 01:03:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15566355 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2026 01:03:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15548244 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 09 2026 01:03:01 | PayPal/Syncb, PO Box 96006, Orlando, FL 32896-0006 |
| 15548243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 09 2026 01:03:16 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 15550583 | | Email/Text: bnc-quantum@quantum3group.com | Jun 09 2026 00:56:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15548637 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 09 2026 01:03:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15548245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 09 2026 01:03:01 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 09 2026 01:03:14 | Synchrony Bank/Sams, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15548247 | | Email/Text: bankruptcies@uplift.com | Jun 09 2026 00:55:00 | Uplift, Inc., Attn: Bankruptcy, Re: Syncb/Scorerewardsdc, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 15548248 | + | Email/Text: pitbk@weltman.com | Jun 09 2026 00:55:00 | Weltman, Weinberg & Reis Co. L.P.A, William T. Molczan, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | Harmar Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0315-2                                    User: auto                                         Page 3 of 3
Date Rcvd: Jun 08, 2026                                 Form ID: pdf900                                    Total Noticed: 34

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026                          Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bryan P. Keenan | on behalf of Debtor David R. Miklos keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Harmar Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8